UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 20-2910 |
| TAYLOR ENERGY COMPANY, L.L.C. | SECTION "L" (2) |

### ORDER

The Court has discovered that the above-captioned case is related to Civil Action Nos. 20-1720 and 18-14046, previously allotted to Section "T" (5). Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned matter be **TRANSFERRED** to Section "T" (5) for further proceedings.

New Orleans, Louisiana this 2nd day of November 2020.

_____
Eldon E. Fallon
United States District Judge

November 02, 2020

TRANSFERRED TO

# SECT. T
# MAG 5